AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

PAMELA D. FYE,

V.

OKLAHOMA CORPORATION
COMMISSION, ET AL

**SUMMONS IN A CIVIL CASE**



CASE NUMBER:

TO: (Name and address of Defendant)

R. CLARK MUSSER
6506 N. GRAND BLVD.
OKLAHOMA CITY, OK 73116

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

PAMELA D. FYE, PROSE
801 N.W. 7TH ST.
OKLAHOMA CITY, OK 73106

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

ROBERT D. DENNIS, CLERK

OCT 22 2003

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 22 OCT 2003 |
| NAME OF SERVER (PRINT)<br>Jack Beall | TITLE<br>Private Process Server - 2003-90 |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: R. CLARK MUSSER
6506 N Grand Blvd   Oklahoma City OK   73116

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES  25 | TOTAL  $35.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   22 OCT 2003  9:00 pm   Jack Beall  PSS 2003-90
              Date                    Signature of Server

9008 Sun Country DR
MWC. OK 73130
Address of Server

FILED
OCT 23 2003
ROBERT D. DENNIS
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY ___ DEPUTY

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.