AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

PAMELA D. FYE

V.

OKLAHOMA CORPORATION
COMMISSION, ET AL.


SUMMONS IN A CIVIL CASE

CASE NUMBER:

TO: (Name and address of Defendant)

TOM PAXON
10102 SKI DRIVE
OKLAHOMA CITY, OK 73126

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

PAMELA D. FYE, PRO SE
801 N.W. 7TH ST.
OKLAHOMA CITY, OK 73106

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

OCT 22 2003

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 22 OCT 2003 |
| NAME OF SERVER (PRINT) Jack Connor Beall Jr | TITLE Private Process Server PSS 2003-90 |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: For Tom Daxon with his son Johnny Daxon (18)

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 35.00 | TOTAL 35.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  22 OCT 2003 6:00 PM        Jack Connor Beall Jr  PSS 2003-90
                    Date                          Signature of Server

9008 Sun Country Dr
MWC, OK 73130
                    Address of Server

FILED
OCT 23 2003

Karen A Beall

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.