AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

PAMELA D. FYE

V.

OKLAHOMA CORPORATION
COMMISSION, ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CIV-03-1477-C

TO: (Name and address of Defendant)

COMMISSIONER DENISE A. BODE
OKLAHOMA CORPORATION COMMISSION
2101 N. LINCOLN BLVD.
OKLAHOMA CITY, OK 73105

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

PAMELA D. FYE, PRO SE
801 N.W. 7th St.
OKLAHOMA CITY, OK 73106

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

OCT 2 2 2003

CLERK                                           DATE

(By) DEPUTY CLERK

AO 44 P (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  22 OCT 2003 |
| NAME OF SERVER (PRINT)  Jack Connor Beall JR | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): For Commissioner Denise A Bode. Accepted by Ben Jackson, General Counsel for Corporation Commission. 2101 N. Lincoln Blvd OKC OK. 73105

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES  $25 | TOTAL  $25 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  22 OCT 2003
             Date

Signature of Server: Jack Connor Beall JR  PSS 2003-90

Address of Server: 9008 Sun Country DR, MWC. OK 73130

FILED
OCT 23 2003
U.S. DIST. [stamp] ROBERT D. DENNIS
[illegible] DIST OF OKLA

Karen D. Beall

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.